# United States District Court
## Eastern District of Michigan

United States of America        **ORDER OF DETENTION PENDING TRIAL**
   v.
<u>Joe David Wilson       </u>/        Case Number: 07-30143
     Defendant

In accordance with the Bail Reform Act, 18 U.S.C. §3142(f), a detention hearing has been held. I conclude that the following facts require the detention of the defendant pending trial in this case.

### Part I – Findings of Fact
- (1) I find that:
  - there is probable cause to believe that the defendant has committed an offense
  - for which a maximum term of imprisonment of ten years or more is prescribed in 21 U.S.C. § 841 or 846;
  - under 18 U.S.C. § 924(c).

- (2) I further find that the defendant has not rebutted the presumption established by finding that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

### Alternative Findings
☑ I find that the government has established by a preponderance of the evidence that there is a serious risk that the defendant will not appear. - Repeatedly failed to comply with terms of probation.

☑ I find that the government has established by clear and convincing evidence that there is a serious risk that the defendant will endanger the safety of another person or the community. - Multiple convictions for assaultive crimes, several involving dangerous weapons. Numerous domestic violence cases.

### Part II – Written Statement of Reasons for Detention
☑ I find that the credible testimony and information submitted at the hearing established the following factors under 18 U.S.C. § 3142(g):
- ☑ (a) nature of the offense - Armed bank robbery.
- ☑ (b) weight of the evidence - Strong evidence including defendant's confession and much physical evidence linking him to the offense.
- ☑ (c) history and characteristics of the defendant -
  - ☑ 1) physical and mental condition - Good health, admits marijuana abuse.
  - ☑ 2) employment, financial, family ties - Family ties, no assets, unemployed but has a history of stable employment, unstable residential history
  - ☑ 3) criminal history and record of appearance - No criminal record.
- ☐ (d) probation, parole or bond at time of the alleged offense -
- ☑ (e) danger to another person or community -

Defendant has admitted his involvement in this armed robbery and two previous similar incidents. He used a handgun to intimidate the victims. The weapon has not been recovered. This defendant's car was used in the offense, and the money from the robbery, as well as a pistol carrying case was recovered from it. Defendant admits that the offense was his idea, and that he recruited his co-defendants to participate in it. I view this defendant as a danger to the community. Pretrial Services recommends detention on that basis.

### Part III – Directions Regarding Detention
The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

                                          s/Donald A. Scheer
Date: May 17, 2007                             *Signature of Judge*
                                     Donald A. Scheer, United States Magistrate Judge
                                          *Name and Title of Judge*